# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CODY W.G. MOHR,**<br><br>Defendant. | **CRIMINAL NO. 21-mj-00146-TMD** |

## MOTION TO DISMISS COMPLAINT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Maryland hereby moves to dismiss with prejudice the Criminal Complaint pending against Defendant in the above-captioned case.

Jonathan F. Lenzner
Acting United States Attorney

By  /s/
_____
P. Michael Cunningham
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____                          _____
Date                                    Honorable Thomas M. DiGirolamo
                                        United States Magistrate Judge

**Advice to U.S. Marshal**:     _X_   1. Defendant is not in custody.
  (Check one)                   ___   2. Defendant is in custody and the USAO believes that:
                                  ___   a. there is no reason to hold Defendant further.
                                  ___   b. Defendant should be held in Federal custody (**explain below).
                                  ___   c. Defendant should be transferred to custody. (**explain below).
                                ___   3. Defendant is deceased.

**Explanation: